JODI LINKER Bar No. 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar No. 358709
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Taylor_Fatherree@fd.org

Counsel for John MOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MOYE,<br><br>Defendant. | **Case No.:** CR 25-289 TLT<br><br>**ORDER FOR RELEASE FROM CUSTODY** |

///

///

///

///

///

///

///

///

RELEASE ORDER
*MOYE* CR-25-289 TLT

John Thomas Moye shall be released from the custody of the United States Marshal Service on May 25, 2026, no later than 10 a.m. He must go directly to New Bridge Foundation at 1820 Scenic Avenue in Berkeley, California.

IT IS SO ORDERED.

May 21, 2026

Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge

[RELEASE ORDER
*U.S. v. MOYE,* CR-25-289-TLT